# EXHIBIT 1

## DECLARATION OF KEITH J. KEOGH

Keith J. Keogh declares under penalty of perjury, that the following statements are true:

Keogh Law, Ltd. consists of three attorneys and focuses on consumer protection cases for both individuals and class actions. I am a shareholder of the firm and member of the bars of the United States Court of Appeals for the Seventh Circuit, Eastern District of Wisconsin, Northern District of Illinois, Southern District of Indiana, and Illinois State Bar as well as several bar associations and the National Association of Consumer Advocates.

I was lead counsel in the following class settlements: *Iverson v Rick Levin & Associates*, 08 CH 42955 Circuit Court Cook County (Judge Cohen) (Pending Final Approval); *Saf-T-Gard v Seiko*, 09 C 776 (N.D. Ill. Judge Bucklo); *Jones v. Furniture Bargains*, LLC, 09 C 1070 (N.D. Ill) (FLSA collective action); *Saf-T-Gard v Metrolift*, 07 CH 1266 Circuit Court Cook County (Judge Rochford) (Co-Lead); *Bilek v Countrywide*, 08 C 498 (N.D. Ill. Judge Gottschell); *Pacer v Rochenback*, 07 C 5173 (N.D. Ill. Judge Cole); *Overlord Enterprises v. Wheaton Winfield Dental Associates*, 04 CH 01613, Circuit Court Cook County (Judge McGann); *Whiting v SunGard*, 03 CH 21135, Circuit Court Cook County (Judge McGann); *Whiting v. Golndustry,03* CH 21136, Circuit Court Cook County (Judge McGann). I was co-lead counsel in *Saf-T-Gard v. Metrolift*, 07 CH 1266, Circuit Court Cook County (Judge Rochford) and the attorney primarily responsible for the following class settlements: *Wollert v. Client Services*, 2000 U.S. Dist. LEXIS 6485 (N.D. Ill. 2000); *Rentas v. Vacation Break USA*, 98 CH 2782, Circuit Court of Cook County (Judge Billik); *McDonald v. Washington Mutual Bank*, supra; *Wright v. Bank One Credit Corp.*, 99 C 7124 (N.D. Ill. Judge Guzman); *Arriaga v. Columbia Mortgage*, 01 C 2509 (N.D. Ill. Judge Lindberg); *Frazier v. Provident Mortgage*, 00 C 5464 (N.D. Ill. Judge Coar); *Largosa v. Universal Lenders*, 99 C 5049 (N.D. Ill. Judge Leinenweber); *Arriaga v. GNMortgage*, (N.D. Ill. Judge Holderman); *Williams v.*

*Mercantile Mortgage,* 00 C 6441 (N.D. Ill. Judge Pallmeyer); *Reid* v. *First American Title,* 00 C

4000 (N.D. Ill. Magistrate Judge Ashman); *Fabricant* v. *Old Kent, 99* C 6846 (N.D. Ill. Magistrate

Judge Bobrick); *Mendelovits* v. *Sears, 99* C 4730 (N.D. Ill. Magistrate Judge Brown); *Leon* v.

*Washington Mutual,* 01 C 1645 (N.D. Ill. Judge Alesia).

The individual class members' recovery in some of these settlements was substantial. For

example, in one of the cases against a major bank the class members' recovery was 100% of their

actual damages resulting in a payout of $1,000 to $9,000 per class member. In another case against

a major lender regarding mortgage servicing responses, each class member who submitted a claim

form received $1,431. *McDonald v. Washington Mutual Bank.*

In addition, to the above settlements, I was appointed class counsel in *Pesce v First Credit*

*Services,* 11-cv-01379 (N.D. Ill. December 19 2011); *Smith v Greytsone Alliance,* 09 CV 5585 (N.D.

Ill. 2010); *Cicilline* v. *Jewel Food Stores, Inc.,* 542 F.Supp.2d 831 (N.D.Ill. 2008)(Co-Lead

Counsel); *Harris* v. *Best Buy Co.,* 07 C 2559,2008 U.S. Dist. LEXIS 22166 (N.D.Ill. March 20,

2008); *Matthews* v. *United Retail, Inc.,* 248 F.R.D. 210 (N.D.Ill. 2008) *Redmon* v. *Uncle Julio's,*

*Inc.,* 249 F.R.D. 290 (N.D.Ill. 2008); *Harris* v. *Circuit City Stores, Inc.,* 2008 U.S. Dist. LEXIS

12596,2008 WL 400862 (N.D. Ill. 2008); *Pacer v Rockenbach Chevrolet Sales, Inc.,* 07 C 5173

(N.D. Ill. 2008).

Some reported cases of mine involving consumer protection include: *Catalan v. GMAC*

*Mortgage Corp.,* No. 09-2182 (7th Cir. 2011) ; *Gburek v Litton Loan,* 614 F.3d 380 (7th Cir. 2010);

*Sawyer v. Ensurance Insurance Services* consolidated with *Killingsworth* v. *HSBC Bank Nev., NA.,*

507 F3d 614, 617 (7th Cir. 2007), *Echevarria et al.* v. *Chicago Title and Trust Co.,* 256 F3d 623 (7th

Cir. 2001*); Demitro* v. *GMAC,* 388 Ill. App. 3d 15, 16 (lst Dist. 2009); *Hill* v. *St. Paul Bank,* 329

Ill. App. 3d 7051, 1768 N.E.2d 322 (lst Dist. 2002); *In re Mercedes-Benz Tele Aid Contract Litig.,*

*2009* U.S. Dist. LEXIS 35595 (D.N.J. 2009); *Catalan v. RBC Mortg. Co.,* 2009 U.S. Dist. LEXIS

26963 (N.D. Ill. 2009); *Elkins v. Equifax, Inc.,* 2009 U.S. Dist. LEXIS 18522 (N.D. Ill. 2009*); Harris*

v. *DirecTV Group, Inc.,* 2008 U.S. Dist. LEXIS 8240 (N.D. Ill. 2008); *In re TJX Cos., Inc., Fair &*

*Accurate Credit Transactions Act* (FACTA) Litig., 2008 U.S. Dist. LEXIS 38258 (D. Kan. 2008);

*Martin* v. *Wal-Mart Stores, Inc.,* 2007 U.S. Dist. LEXIS 89715 (N.D. Ill. 2007); *Elkins* v. *Ocwen*

*Fed. Sav. Bank Experian Info. Solutions, Inc.,* 2007 U.S. Dist. LEXIS 84556 (N.D. Ill. 2007); *Harris*

v. *Wal-Mart Stores, Inc.,* 2007 U.S. Dist. LEXIS 76012 (N.D. Ill. *2007); Stegvilas* v. *Evergreen*

*Motors, Inc.,* 2007 U.S. Dist. LEXIS 35303 (N.D. Ill. 2007); *Cook* v. *River Oaks Hyundai, Inc.,* 2006

U.S. Dist. LEXIS 21646 (N. D. Ill. 2006); *Gonzalez* v. *W. Suburban Imps.,* Inc., 411 F. Supp. 2d 970

(N.D. Ill. 2006); *Eromon* v. *GrandAuto Sales, Inc.,* 333 F. Supp. 2d 702 (N.D. Ill. 2004); *Williams*

v. *Precision Recovery, Inc.,* 2004 U.S. Dist. LEXIS 6190 (N.D. Ill. 2004); *Doe* v. *Templeton,* 2003

U.S. Dist. LEXIS 24471 (N.D. Ill. 2003); *Ayala* v. *Sonnenschein Fin. Servs.,* 2003 U.S. Dist. LEXIS

20148 (N.D. Ill. 2003); *Gallegos* v. *Rizza Chevrolet, Inc., 2003* U.S. Dist. LEXIS 18060 (N.D. Ill.

2003); *Szwebel* v. *Pap's Auto Sales, Inc.,* 2003 U.S. Dist. LEXIS 13044 (N.D. Ill. 2003); *Johnstone*

v. *Bank of America,* 173 F. Supp.2d 809 (N.D. Ill. 2001); *Leon* v. *Washington Mutual Bank,* 164 F.

Supp.2d 1034 (N.D. Ill. 2001); *Ploog v. HomeSide Lending,* 2001 WL 987889 (N.D. Ill. 2001);

*Christakos* v. *Intercounty Title,* 196 F.R.D. 496 (N.D. Ill. 2000); *Batten* v. *Bank One,* 2000 WL

1364408 (N.D. Ill. 2000); *McDonald* v. *Washington Mutual Bank,* 2000 WL 875416 (N.D. Ill. 2000);

and *Williamson* v. *Advanta Mtge Corp.,* 1999 U.S. Dist. LEXIS 16374 (N.D. Ill. 1999). The

*Christakos* case significantly broadened title and mortgage companies' liability under Real Estate

Settlement Procedures Act ("RESPA") and *McDonald* is the first reported decision to certify a class

regarding mortgage servicing issues under the Cranston-Gonzales Amendment of RESPA.

I have argued before the Seventh Circuit, the First District of Illinois and the MultiLitigation

Panel in *Catalan* v *GMACM* (7th Cir. 2010); *Gburek* v *Litton Loan Servicing* (7th Cir. 2009);

*Sawyer* v *Esurance* (7th Cir. 2007), *Echevarria, et al.* v. *Chicago Title and Trust Co.* (7th Cir. 2001);

*Morris* v *Bob Watson,* (lst. Dist. 2009); *Iverson* v *Gold Coast Motors Inc.,* (lst. Dist. 2009); *Demitro*

v. *GMAC* (lst Dist. 2008), *Hill v. St. Paul Bank* (lst Dist. 2002), and *In Re: Sears, Roebuck &*

*Company Debt Redemption Agreements Litigation* (MDL Docket No. 1389.) *Echevarria* was part

of a group of several cases that resulted in a nine million dollar settlement with Chicago Title.

My published works include co-authoring and co-editing the 1997 supplement to *Lane's*

*Goldstein Trial Practice Guide* and *Lane's Medical Litigation Guide.*

I spoke on the panel for Solutions for Employee Classification & Wage/Hour Issues at the

2011 Annual Employment Law Conference hosted by Law Bulletin Seminars. I also lectured at the

2011 National Consumer Law Center conference for a session titled Telephone Consumer Protection

Act: Claims, Scope, Remedies as well as lectured at the same 2011 National Consumer Law Center

conference for a double session titled ABC's of Class Actions.

I have taught *Defenses to Foreclosures* for Lorman Education Services, which was approved

for CLE credit, in 2008 and 2010 and I was a guest lecturer on privacy issues at University of Illinois

at Urbana-Champaign School of Law. In March 2010, I was invited to speak by the Student Legal

Services Office of The Graduate School and Kellogg MBA Program at Northwestern University for

its seminar titled: "Financial Survival Guide: Legal Strategies for Graduate Students During A

Period of Economic Uncertainty."

I was selected as a 2008, 2009 , 2010 and 2011 Illinois Super Lawyer Rising Star and my

cases have been featured in local newspapers such as the Chicago Tribune, Chicago Sun-Times, The

Naperville Sun, Daily Herald and RedEye.

In February 2011, Craig Shapiro joined the firm. Mr. Shapiro is a member in good standing

of the bars of Illinois, U.S. Court of Appeals for the Seventh Circuit, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Northern District of Indiana, U.S. District Court for the Central District of Illinois, U.S. District Court for the Southern District of Illinois, U.S. District Court for the Western District of Michigan, U.S. District Court for the Eastern District of Michigan.

Mr. Shapiro was described by Judge Gottschall of the Northern District of Illinois as "highly experienced in class actions." *Acik v. I.C. System, Inc.,* 251 F.R.D. 332, 336 (N.D.Ill. 2008). Judge Dimitrouleas of the Southern District of Florida described Mr. Shapiro and his Florida co-counsel as "counsel who are experienced in class action and consumer litigation." *Hicks v. Client Services, Inc.,* 2008 U.S.Dist.LEXIS 101129, *23 (S.D.Fla. 2008).

Mr. Shapiro has been appointed class counsel in the following consumer class action cases: *Beasley v. Sessoms & Rogers, P.A.,* 5:09-CV-43-D, Docket # 70, E.D.N.C., Dec. 6, 2010 (Honorable Judge James C. Dever III); *Outten v. Capital Management Services, LP,* 09-22152, Docket # 39, S.D.Fla., April 9, 2010 (Honorable Judge K. Michael Moore); *Day v. Capital Management Services, LP,* 08-cv4316, Docket # 35, N.D.Ill., April 9, 2009 (Honorable Judge William Hart); *Hicks v. Client Services, Inc.,* 2008 U.S.Dist.LEXIS 101129 (S.D.Fla. 2008); *Quiroz v. Revenue Production Management, Inc.,* 252 F.Supp.2d 438 (N.D.Ill. 2008); *Acik v. I.C. System, Inc.,* 251 F.R.D. 332 (N.D.Ill. 2008); *Fragoso v. HBLC, Inc., et al.,* 07-cv-5482, Docket # 53, N.D.Ill., May 7, 2008 (Honorable Judge Samuel Der-Yeghiayan); *Day v. ICUL Service Corporation,* 07-cv-882, Docket # 34, N.D.Ill, August 15, 2007 (Honorable Judge Joan H. Lefkow); *Karnette v. Wolpoff & Abramson,* 2007 U.S.Dist.LEXIS 20794, * 31 (E.D.Va., Mar. 23, 2007); *Day v. Check Brokerage Corp.,* 240 F.R.D. 414, 419 (N.D.Ill. 2007); *Warcholek v. Medical Collections Sys.,* 241 F.R.D. 291, 294 (N.D.Ill. 2006).

In addition, he has been involved in the following consumer cases: *McKinney v. Cadleway Properties, Inc.,* 548 F.3d 496 (7th Cir. 2008); *Outten v. Capital Mgmt. Servs., L.P.,* 2010 U.S.Dist.LEXIS 54195, 2010 WL 2194442 (S.D.Fla., Apr. 9, 2010) (granting motion for class certification and preliminarily approving class settlement); *Beasley v. Sessoms & Rogers, P.C.,* 2010 WL 1980083 (E.D.N.C. 2010) (Motion to Dismiss); *Day v. Check Brokerage Corp.,* 2009 WL 4931739, 2009 U.S.Dist.LEXIS 116695 (N.D.Ill. 2009); *Acik v. I.C. System, Inc.,* 640 F.Supp.2d 1019 (N.D.Ill. 2009) (Summary Judgment); *Hicks v. Client Services, Inc.,* 2009 WL 2365637 (S.D.Fla. 2009); *Hicks v. Client Services, Inc.,* 257 F.R.D. 699 (S.D.Fla. 2009) (Defendant's Motion to Decertify Class denied); *Shapiro v. United Recovery Serv.,* 2009 U.S.Dist.LEXIS 39810 (N.D.Ill. May 12, 2009); *Gaisser v. Portfolio Recovery Associates, LLC,* 2009 WL 590167 (S.D.Fla. Feb. 26, 2009) (Defendants' Motion for Reconsideration denied); *Gaisser v. Portfolio Recovery Associates, LLC,* 593 F.Supp.2d 1297 (S.D.Fla. 2009) (Defendants' Motion for Summary Judgment denied); *Hicks v. Client Services, Inc.,* 2008 U.S.Dist.LEXIS 101129, 2008 WL 5479111 (S.D.Fla. 2008) (Class Certification Granted); *Quiroz v. Revenue Production Management, Inc.,* 252 F.R.D. 438 (N.D.Ill. 2008) (Class Certification Granted); *Gaisser v. Portfolio Recovery Associates, LLC,* 571 F.Supp.2d 1273 (S.D.Fla. 2008) (Defendants' Motions to Dismiss denied in part); *Acik v. I.C. System, Inc.,* 251 F.R.D. 332 (N.D.Ill. 2008) (Class Certification Granted); *Giblin v. Revenue Prod. Mgmt.,* 2008 U.S.Dist.LEXIS 22854, 2008 WL 780627 (N.D.Ill. 2008); *Jenkins v. General Collection Co.,* 538 F.Supp.2d 1165 (D.Neb., 2008) (Defendants' Motion for Summary Judgment denied); *Jenkins v. General Collection Co.,* 246 F.R.D. 600 (D.Neb. 2007) (adopting report & recommendation to strike offer of judgment); *Posso v. Asta Funding, Inc.,* 2007 U.S.Dist.LEXIS 83741, 2007 WL 3374400 (N.D.Ill., Nov. 9, 2007); *McKinney v. Cadleway Prop., Inc.,* 2007 U.S.Dist.LEXIS 79786 (N.D.Ill., Oct. 23, 2007) (adopting report & recommendation in full awarding

costs and attorney fees); *Balezos v. Cavalry Portfolio Serv., LLC,* 2007 U.S.Dist.LEXIS 70688

(D.Ariz., Sept. 21, 2007); *Day v. Check Brokerage Corp.,* 511 F.Supp.2d 950 (N.D.Ill. 2007)

(summary judgment granted in part, denied in part); *Jenkins v. General Collection Co.,* 2007 WL

2462614, 2007 U.S. Dist. LEXIS 64462 (D.Neb., Aug. 28, 2007) (striking Offer of Judgment);

*Balezos v. Cavalry Portfolio Serv., LLC,* 2007 U.S.Dist.LEXIS 60138 (D.Ariz., Aug. 15, 2007);

*McKinney v. Cadleway Prop. Inc.,* 2007 U.S. Dist. LEXIS 41588 (N.D. Ill, June 8, 2007) (attorney

fees award); *Gonzales v. Arrow Fin. Servs. LLC,* 489 F.Supp.2d 1140 (S.D.Cal. 2007) (summary

judgment granted for plaintiff); *Karnette v. Wolpoff & Abramson,* 2007 U.S.Dist.LEXIS 20794

(E.D.Va., Mar. 23, 2007) (Class Certification Granted); *Day v. Check Brokerage Corp.,* 240 F.R.D.

414 (N.D.Ill. 2007) (Class Certification Granted); *Hamilton v. Am. Corrective Counseling Serv.,*

2007 U.S.Dist.LEXIS 11488 (N.D.Ind., Feb. 14, 2007) (class certified); *Warcholek v. Medical

Collections Sys.,* 241 F.R.D. 291 (N.D.Ill. 2006) (Class Certification Granted); *Posso v. Wolpoff &

Abramson, L.L.P.,* 2006 U.S.Dist.LEXIS 73963 (N.D.Ill. Oct. 11, 2006); *Karnette v. Wolpoff &

Abramson, L.L.P.,* 444 F.Supp.2d 640 (E.D.Va. 2006) (Motion to Compel Arbitration Denied);

*Turner v. Shenandoah Legal Group, P.C.,* 2006 U.S. Dist. LEXIS 39341 (E.D.Va. June 12, 2006)

(Report & Recommendation to Deny Motion to Dismiss); *Thweatt v. Law Firm of Koglmeier,

Dobbins, Smith & Delgado, PLC,* 425 F.Supp.2d 1011 (D.Ariz. 2006) (Motion to Dismiss Denied);

*Gacy v. Gammage & Burnham,* 2006 U.S. Dist. LEXIS 8525 (D.Ariz. Feb. 23, 2006); *Gonzales v.

Arrow Fin. Servs.,* 233 F.R.D. 577 (S.D.Cal. 2006) (Class Certification Granted); *Gacy v. Gammage

& Burnham et al.,* 2005 U.S.Dist.LEXIS 38081 (D.Ariz. Dec. 15, 2005) (Class Certification

Granted).

He is a 2004 graduate of the Chicago-Kent College of Law. In March 2011 he lectured at

the National Consumer Law Center's FDCPA Conference regarding choice of law issues regarding

time-barred lawsuits and lectured regarding class actions, the FDCPA, and the Telephone Consumer Protection Act.

In April 2011, Timothy J. Sostrin joined the firm. He is a member in good standing of the Illinois bar, the U.S. District Court District of Colorado, U.S. District Court Northern District of Illinois, U.S. District Court Northern and Southern Districts of Indiana, U.S. District Court Eastern and Western Districts of Michigan, U.S. District Court Eastern District of Missouri, U.S. District Court Southern District of Texas and U.S. District Court Eastern and Western Districts of Wisconsin.

Timothy J. Sostrin has zealously represented consumers in Illinois and in federal litigation nationwide against creditors, debt collectors, retailers, and other businesses engaging in unlawful practices. Tim has extensive experience with consumer claims brought under the Fair Debt Collection Practices Act, The Telephone Consumer Protection Act, the Fair Credit Reporting Act, the Electronic Fund Transfer Act, and Illinois law. Some of Tim's representative cases include: *Sengenberger v. Credit Control Services, Inc.*, 2010 U.S. Dist. LEXIS 43874 (N.D. Ill. May 5, 2010) (granting summary judgment on TCPA claim); *Brooks-Sorrell v. More Star, LLC*, No. 08-3769 (N.D. Ill. October 21, 2008) (awarding $117,532.50 for individual FDCPA and invasion of privacy claims); *Hale v. Northstar Location Services, LLC*, No. 10-4473 (N.D. Cal. 2010); *Macklin v. Allstate Financial Services, Inc.*, No. 10-210 (N.D. Ill. 2010)??*Hirsch et al v. Javitch, Block & Rathbone, LLC*, No. 10-381 (S.D. Ohio 2010); *Strong v. Richard J. Boudreau & Associates, LLC*, No. 08-96 (E.D. Mo. 2008); *Townsel v. Dish Network, LLC*, No. 10-7694 (N.D. Ill. 2010); *Saf-T-Gard International, Inc. v. Transworld Systems, Inc.*, No. 10-7671 (N.D. Ill. 2010); *Osada v. Experian Information Solutions, Inc. et al*, No. 11-2856 (N.D. Ill 2011); *Frydman et al v. Portfolio Recovery Associates, LLC*, No. 11-524 (N.D. Ill 2011); *Griffith et al v. Consumer Portfolio Services,*

*Inc.*, No. 10-2697 (N.D. Ill 2010).

Tim is a member of the National Association of Consumer Advocates and ISBA. He received his Jurist Doctorate, *cum laude*, from Tulane University Law School in 2006.

Executed at Chicago, Illinois, on February 2, 2012.

Keith J. Keogh