# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAMS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>E-BACKGROUNDCHECKS.COM, INC. d/b/a BACKGROUNDCHECKS.COM<br><br>        Defendant. | Case No.: 12-cv-00190 |

## DEFENDANT'S MOTION TO ELIMINATE CLASS ALLEGATIONS PURSUANT TO RULE 23(D)(1)(D)

For the reasons expressed in the accompanying Memorandum of Law, Defendant e-BackgroundChecks.com, Inc. d/b/a Backgroundchecks.com hereby moves the Court pursuant Rule 23(d)(1)(D) of the Federal Rules of Civil Procedure to strike the class allegations contained in Plaintiff James Williams' Complaint.

Respectfully submitted this 16th day of March, 2012.

                                            /s/ *Nabil G. Foster*

                                   Nabil G. Foster (Atty. No. 6273877)
                                   HINSHAW & CULBERTSON LLP
                                   222 N. LaSalle Street, Suite 300
                                   Chicago, Illinois 60601-1081
                                   (312) 704-3000
                                   (312) 704-3001 (facsimile)
                                   nfoster@hinshawlaw.com

                                   Cindy D. Hanson
                                   KILPATRICK TOWNSEND & STOCKTON LLP
                                   1100 Peachtree Street, Suite 2800
                                   Atlanta, Georgia 30309
                                   Telephone:    (404) 815-6500
                                   Facsimile:     (404) 541-3240

*COUNSEL FOR DEFENDANT BGC*

US2008 3246295.4

130306443v1  0932177

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2012, I electronically filed the foregoing **DEFENDANT'S MOTION TO ELIMINATE CLASS ALLEGATIONS PURSUANT TO RULE 23(D)(1)(D)** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

>Keith J. Keogh
>Craig M. Shapiro
>Timothy J. Sostrin
>KEOGH LAW, LTD.
>101 N. Wacker Drive, Suite 605
>Chicago, IL 60606

>/s/ *Nabil G. Foster*

>Nabil G. Foster (Atty. No. 6273877)
>HINSHAW & CULBERTSON LLP
>222 N. LaSalle Street, Suite 300
>Chicago, Illinois 60601-1081
>(312) 704-3000
>(312) 704-3001 (facsimile)
>nfoster@hinshawlaw.com

>Cindy D. Hanson
>KILPATRICK TOWNSEND & STOCKTON LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309
>(404) 815-6500
>(404) 541-3240