# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAMS, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>   v.<br><br>E-BACKGROUNDCHECKS.COM, INC. d/b/a BACKGROUNDCHECKS.COM<br><br>             Defendant. | Case No.: 12-cv-00190 |

## NOTICE OF SETTLEMENT

To facilitate judicial economy, Plaintiff James Williams and Defendant E-Backgroundchecks.com d/b/a Backgroundchecks.com hereby notify the Court that the Parties have settled in principle the captioned case. The Parties are currently working to execute a final settlement and anticipate filing a notice of dismissal with the Court within twenty-eight (28) days of this notice. Respectfully submitted this 31st day of January 2013.

| | |
|---|---|
| s/ Craig M. Shapiro (*with consent*) | s/ Nabil G. Foster |
| Craig M. Shapiro | Nabil G. Foster (Atty. No. 6273877) |
| Keith J. Keogh | HINSHAW & CULBERTSON LLP |
| Timothy Sostrin | 222 N. LaSalle Street, Suite 300 |
| KEOGH LAW, LTD. | Chicago, Illinois 60601-1081 |
| 101 N. Wacker Dr., Suite 605 | (312) 704-3000 |
| Chicago, Illinois 60606 | (312) 704-3001 (facsimile) |
| (312) 726-1092 | nfoster@hinshawlaw.com |
| (312) 726-1093 (facsimile) | |
| cshapiro@keoghlaw.com | Cindy D. Hanson |
| | John P. Jett |
| *Attorneys for James Williams* | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309 |
| | Telephone:   (404) 815-6500 |
| | Facsimile:    (404) 541-3240 |
| | |
| | *Attorneys for E-Backgroundchecks.com d/b/a Backgroundchecks.com* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2013, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

> *Attorneys for James Williams*
>
> Keith J. Keogh
> Craig M. Shapiro
> Timothy J. Sostrin
> KEOGH LAW, LTD.
> 101 N. Wacker Drive, Suite 605
> Chicago, IL 60606

                                         s/ Nabil G. Foster
                                     Nabil G. Foster (Atty. No. 6273877)
                                     HINSHAW & CULBERTSON LLP
                                     222 N. LaSalle Street, Suite 300
                                     Chicago, Illinois 60601-1081
                                     (312) 704-3000
                                     (312) 704-3001 (facsimile)
                                     nfoster@hinshawlaw.com